UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:12-cr-140-01-PB |
| ) | |
| LISA BIRON ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT I
[Transportation with intent to engage in criminal sexual activity]
[18 U.S.C. §2423(a)]

On or about May 25, 2012, in the Districts of New Hampshire and elsewhere, the defendant,

**LISA BIRON**,

knowingly transported an individual, that is, Jane Doe, who was at that time under the age of 18 years, in interstate commerce from New Hampshire to Ontario, Canada, with the intent that such individual engage in sexual activity under such circumstances as would constitute a criminal offense by any person under Title 18, United States Code, Section 2423(c).

All in violation of Title 18, United States Code, Section 2423(a).

The Grand Jury further charges:

COUNT II
[Sexual Exploitation of Children]
[18 U.S.C. §2251(a)]

On a date uncertain, but between May 25, 2012 and May 28, 2012 in the District of New Hampshire and elsewhere, the defendant,

**LISA BIRON,**

did knowingly employ, use, persuade, induce, entice and coerce a minor child, Jane Doe to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a computer video file, "HDV-0159," said depiction having been transported in interstate or foreign commerce and having been produced using materials that had been mailed, shipped and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a) and Section 2256.

The Grand Jury further charges:

## COUNT III
### [Sexual Exploitation of Children]
### [18 U.S.C. §2251(a)]

On a date uncertain, but between May 25, 2012 and May 28, 2012, in the District of New Hampshire and elsewhere, the defendant,

**LISA BIRON,**

did knowingly employ, use, persuade, induce, entice and coerce a minor child, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a computer video file, "HDV_0161," said depiction having been transported in interstate or foreign commerce and having been produced using materials that had been mailed, shipped and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a) and Section 2256.

The Grand Jury further charges:

### COUNT IV
**[Sexual Exploitation of Children]**
**[18 U.S.C. §2251(a)]**

On a date uncertain, but between May 25, 2012 and May 28, 2012, in the District of New Hampshire and elsewhere, the defendant,

**LISA BIRON,**

did knowingly employ, use, persuade, induce, entice and coerce a minor child, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a computer video file, "HDV_162," said depiction having been transported in interstate or foreign commerce and having been produced using materials that had been mailed, shipped and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a) and Section 2256.

The Grand Jury further charges:

**COUNT V**
**[Sexual Exploitation of Children]**
**[18 U.S.C. §2251(a)]**

On a date uncertain, but between May 25, 2012 and May 28, 2012, in the District of New Hampshire and elsewhere, the defendant,

**LISA BIRON,**

did knowingly employ, use, persuade, induce, entice and coerce a minor child, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a digital image, "DSC00456," said depiction having been transported in interstate or foreign commerce and having been produced using materials that had been mailed, shipped and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a) and Section 2256.

The Grand Jury further charges:

## COUNT VI
**[Sexual Exploitation of Children]**
**[18 U.S.C. §2251(a)]**

On a date uncertain, but between on or about August 5, 2012, in the District of New Hampshire, the defendant,

**LISA BIRON,**

did knowingly employ, use, persuade, induce, entice and coerce a minor child, Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, to wit, a computer video file, "HDV_0175," and in so doing used materials that had been mailed, shipped and transported in interstate commerce by any means.

All in violation of Title 18, United States Code, Section 2251(a) and Section 2256.

The Grand Jury further charges:

### COUNT VII
**[Possession of child pornography]**
**[18 U.S.C. §2252A(a)(5)(B)]**

On or about September 29, 2012, in the District of New Hampshire, the defendant,

**LISA BIRON**

did knowingly possess child pornography, to wit: a Hewlett Packard laptop computer containing visual images of "child pornography," as that term is defined in Title 18, United States Code, Section 2256, said images having been mailed or shipped or transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL


 /s/ Foreperson
Grand Jury Foreperson


JOHN P. KACAVAS
United States Attorney


 /s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney


Date: November 14, 2012