UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                              Cr.  1:12-CR- 140-01-PB

Lisa Biron

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 14th day of November, 2012.

This 14th day of November, 2012.

                                                  JOHN P. KACAVAS
                                                United States Attorney


                                                /s/   Helen White Fitzgibbon
                                                Helen White Fitzgibbon
                                                Assistant U.S. Attorney

WARRANT ISSUED: _____