UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.        Cr. 1:12-cr-140-01-PB

Lisa Biron

## MOTION TO SEAL

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and hereby moves that the Indictment in the above-captioned case be sealed at Level I until such time as the defendant is taken into custody. Public disclosure of the indictment and supporting documents would give the defendant the opportunity to flee and may endanger the safety of law enforcement officers effecting the arrest.

Dated: November 14, 2012

Respectfully submitted,

JOHN P. KACAVAS
United States Attorney

By: /s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney
NH Bar #6833
U.S. Attorney's Office
53 Pleasant Street
Concord, NH 03301
(603) 225-1552

Motion     ☐ Granted     ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge
Date: