UNITED STATES DISTRICT COURT
District of New Hampshire

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | CR. No. 12-CR-140-PB |
| | ) | |
| Lisa Biron | ) | |

APPEARANCE OF COUNSEL

Please enter my appearance as counsel for:

Lisa Biron

I hereby certify that on November 20, 2012 a copy of this notice was delivered to:

Helen Fitzgibbons
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552


_____/s/_____
James H. Moir, Bar # 1783
Moir & Rabinowitz, PLLC
5 Green Street
Concord, NH 03301
(603) 224-3500
jim@moirlaw.com