U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

NOV 16 2012

FILED

IN RE THE MATTER OF:

__Lisa Biron__
(Petitioner's name)

Case No. __1:12-cr-140-01-PB__
(If known)

## REQUEST FOR APPOINTMENT OF COUNSEL

I, __Lisa Biron__
(name)

respectfully request appointment of counsel to represent me as a

- ☐ grand jury target
- ☐ grand jury witness
- ☒ criminal defendant
- ☐ trial witness

☐ other: _____

I am financially unable to hire counsel. A completed Financial Affidavit is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Date: __11-16-12__          __Lisa Biron__
                                                  Signature of Petitioner

NOTE FOR GRAND JURY OR WITNESS REPRESENTATION REQUESTS: In order for a request for counsel to be considered by the court, the petitioner must attach either a 1) grand jury target letter, or 2) witness subpoena.

---

### RULING BY JUDICIAL OFFICER

☒ Request Approved. Appoint counsel.

☐ Request Denied.

Date: __11-16-12__          __[signature]__
                                                  U.S. Magistrate Judge

USDCNH-17 (Rev. 5-07) (Previous Editions Obsolete)