UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      V.                                        Cr. No:  1:12-CR-00140-PB

Lisa Biron

## **APPERANCE**

   Enter my appearance as co-counsel for the United States of America in the above-entitled case.

                                            Respectfully submitted,

                                            JOHN P. KACAVAS
                                            United States Attorney

Dated: December 17, 2012                   By: /s/ John P. Kacavas
                                                      John P. Kacavas
                                                      Bar No: 8177
                                                      53 Pleasant Street
                                                      Concord, New Hampshire 03301

## CERTIFICATE OF SERVICE

    I, hereby, certify that this Notice of Appearance has been served electronically, through ECF, on James H. Moir, Esquire, 5 Green Street, Concord, New Hampshire, counsel for the defendant this 17th day of December, 2012.

                                                By: /s/ John P. Kacavas
                                                     John P. Kacavas