AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of New Hampshire

**SEALED DOCUMENT**

United States of America
v.

Lisa Biron

*Defendant*

Case No. 1:12-cr-140-01-PB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Lisa Biron,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Transportation with Intent to Engage in Criminal Sexual Activity, Sexual Exploitation of Children, and Possession of Child Pornography.

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK

BY: *Kelli Otis*
DEPUTY CLERK 11/15/12

Date: 11/14/2012    *Kelli Otis*
*Issuing officer's signature*

City and state: Concord, New Hampshire    *Kelli Otis, Deputy Clerk*
*Printed name and title*

### Return

This warrant was received on *(date)* 11/15/2012, and the person was arrested on *(date)* 11/16/2012
at *(city and state)* Manchester, NH.

Date: 12/17/12    *Michael Gibeley*
*Arresting officer's signature*

Michael Gibeley, SA, FBI
*Printed name and title*