UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                      Cr. 1:12-CR-140-PB

Lisa Biron

## PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, and Superseding Indictment against the above-named defendant having been filed in the above-entitled case on the 2nd day of January, 2013.

This 2nd day of January, 2013.

                                            JOHN P. KACAVAS
                                          United States Attorney


                                          /s/   Helen White Fitzgibbon
                                          Helen White Fitzgibbon
                                          Assistant U.S. Attorney

WARRANT ISSUED: _____