UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No.  1:12-cr-00140-PB |
| ) | |
| **Lisa Biron** ) | |

## Government's Witness List

1. Michael Biron
   Williamsburg, VA

2. Lisa Brien
   Manchester, NH

3. R. B.
   Manchester, New Hampshire

4. Naomi Caban
   New Department of Health & Human Services
   Division for Children Youth and Families
   Manchester, NH

5. Custodian of Records
   Peninsula Inn
   Ontario, Canada

6. Andrew Dickson
   Merrimack, NH

7. Scott Durivage
   Federal Bureau of Investigation

8. Special Agent Michael Gibeley
   Federal Bureau of Investigation

9. Suzanne Harbinson
   Goffstown, NH

10. Robert Hardy
    Londonderry, NH

1

11. Det. Richard Nanan
    Manchester PD

12. Brandon Ore
    Lebanon, NH

13. Douglas Reese
    Ontario Provincial Police
    Ontario, Canada

14. James Scripture
    Federal Bureau of Investigation

15. Department of Homeland Security
    Customs and Border Protection

16. Gary Vrotsos
    Allston, MA

17. Kevin Watson
    Niagara Falls, Ontario, Canada

Respectfully Submitted,

JOHN P. KACAVAS
United States Attorney

January 2, 2013                     By:   /s/  John P. Kacavas
                                    John P. Kacavas
                                    United States Attorney
                                    New Hampshire Bar # 8177
                                    53 Pleasant Street
                                    Concord, NH 03301

By: /s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney
New Hampshire Bar # 6833
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
(603) 225-1552
helen.fitzgibbon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the government's witness list was filed electronically, this date, on James Moir, Esq., 5 Green Street, Concord, NH 03301, counsel for defendant Lisa Biron, on January 2, 2013.

/s/ Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney