AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:12-cr-140-PB |
| Lisa Biron | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Lisa Biron

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Transportation with Intent to Engage in Criminal Sexual Activity, Sexual Exploitation of Children, and Possession of Child Pornography.

Date:   01/02/2013

*Issuing officer's signature*

City and state:   Concord, New Hampshire

Kellie Otis, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 1/2/13, and the person was arrested on *(date)* 1/3/13
at *(city and state)* Concord, NH

Date: 1/3/13

*Arresting officer's signature*

Jamie Berry, USM
*Printed name and title*