UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.                                  Criminal No. 12-cr-140-1-PB

<u>Lisa Biron</u>

**O R D E R**

Following defendant's arraignment on the superseding indictment, the government requested the court add a "no contact" provision to its detention order (doc. no. 5). The court grants the government's request. Defendant shall have no contact (either direct or indirect) with the minor victim between now and the resolution of this case.

    SO ORDERED.

                                            _____
                                            Landya B. McCafferty
                                            United States Magistrate Judge

January 3, 2013

cc:    James H. Moir, Esq.
        Helen W. Fitzgibbon, Esq.
        John Paul Kacavas, Esq.
        United States Marshal
        United States Probation