U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

JAN 10 2013

FILED

**UNITED STATES OF AMERICA**

v.                                    Case No, 12-CR-140-PB

**LISA BIRON**

## VERDICT

We, the jury, find the defendant, Lisa Biron,

_(Guilty)_ as to Count I of the Superseding Indictment.
(GUILTY)/NOT GUILTY

_Guilty_ as to Count II of the Superseding Indictment.
GUILTY/NOT GUILTY

_Guilty_ as to Count III of the Superseding Indictment.
GUILTY/NOT GUILTY

_Guilty_ as to Count IV of the Superseding Indictment.
GUILTY/NOT GUILTY

_Guilty_ as to Count V of the Superseding Indictment.
GUILTY/NOT GUILTY

__Guilty__ as to Count VI of the Superseding Indictment.
GUILTY/NOT GUILTY

__Guilty__ as to Count VII of the Superseding Indictment.
GUILTY/NOT GUILTY

__Guilty__ as to Count VIII of the Superseding Indictment.
GUILTY/NOT GUILTY


1-10-13
Date

[redacted]
Foreperson of the Jury