IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 12-CR-00140-PB |
| ) | |
| LISA BIRON, ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION TO EXTEND TIME FOR SUBMISSION OF PSR**

NOW COMES the Defendant, Lisa Biron, by and through her counsel, respectfully moves this Court to extend the deadline for the submission of the PSR in this matter until April 1, 2013.

As grounds in support of this Motion, it is stated:

1. Sentencing in this matter is scheduled to take place on April 22, 2013. The Presentence Investigation Report is due on Monday March 11, 2013.

2. Counsel for the defendant is still gathering information for the probation department that may be relevant on the issue of sentencing and hopes to have all of the relevant information provided in the next several weeks. As a result of this, the defendant is requesting that the deadline for the submission of the PSR be extended until April 1, 2013.

3. The Government, through Assistant United States Attorney Helen Fitzgibbon, assents in the granting of this motion.

For the foregoing reasons, the defendant respectfully requests that this Honorable Court to extend the deadline for the submission of the PSR in this matter until April 1, 2013.

Respectfully submitted,


*/s/ James H. Moir*
**JAMES H. MOIR, #1783**
Moir & Rabinowitz, PLLC
5 Green Street
Concord, NH 03301
(603) 224-3500
Attorney for Defendant
Lisa Biron

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.


*/s/ James H. Moir*
**JAMES H. MOIR**