IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No.  12-CR-00140-PB |
| ) | |
| LISA BIRON, ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Lisa Biron, by and through her counsel, respectfully moves this Court to continue the sentencing that is currently scheduled to take place on April 22, 2013 for a period of approximately thirty (30) days.

As grounds in support of this Motion, it is stated:

1. Sentencing in this matter is scheduled to take place on April 22, 2013.

2. Counsel for the defendant is still gathering information for the probation department that may be relevant on the issue of sentencing and hopes to have all of the relevant information provided in the next several weeks.  This information primarily consists of an in-depth psychological evaluation.  Unfortunately, the evaluator is on vacation and cannot complete the report for approximately two weeks.  Obviously, this report needs to be provided to the probation department prior to the PSR being completed.  As a result of this, the defendant is requesting that the sentencing that is currently scheduled to take place on April 22, 2013 for a period of approximately thirty (30) days.

3. The Government, through Assistant United States Attorney Helen Fitzgibbon, assents in

the granting of this motion.

For the foregoing reasons, the defendant respectfully requests that this Honorable Court to continue the sentencing that is currently scheduled to take place on April 22, 2013 for a period of approximately thirty (30) days.

Respectfully submitted,

/s/ James H. Moir
**JAMES H. MOIR, #1783**
Moir & Rabinowitz, PLLC
5 Green Street
Concord, NH 03301
(603) 224-3500
Attorney for Defendant
Lisa Biron

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of March, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

/s/ James H. Moir
**JAMES H. MOIR**