IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No.  12-CR-00140-PB |
| ) | |
| LISA BIRON, ) | |
| ) | |
| Defendant ) | |

**ASSENTED TO MOTION TO EXTEND TIME FOR SUBMISSION OF PSR**

NOW COMES the Defendant, Lisa Biron, by and through her counsel, respectfully moves this Court to extend the deadline for the submission of the PSR in this matter until April 1, 2013.

As grounds in support of this Motion, it is stated:

1. Sentencing in this matter is scheduled to take place on May 22, 2013.  The Presentence Investigation Report was due on Monday April 15, 2013.

2.  Counsel for the defendant has just provided the probation department a copy of the information that he has been seeking.  As a result of this, the defendant is requesting that the deadline for the submission of the PSR be extended until May 1, 2013.

3. The Government, through Assistant United States Attorney Helen Fitzgibbon, assents in the granting of this motion.

For the foregoing reasons, the defendant respectfully requests that this Honorable Court to extend the deadline for the submission of the PSR in this matter until May 1, 2013.

        Respectfully submitted,

*/s/ James H. Moir*
**JAMES H. MOIR, #1783**
Moir & Rabinowitz, PLLC
5 Green Street
Concord, NH 03301
(603) 224-3500
Attorney for Defendant
Lisa Biron

## CERTIFICATE OF SERVICE

    I hereby certify that on this 88th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ James H. Moir*
**JAMES H. MOIR**