IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LISA BIRON, )<br>)<br>Defendant ) | No. 12-CR-00140-PB |

**ASSENTED TO MOTION TO CONTINUE SENTENCING**

NOW COMES the Defendant, Lisa Biron, by and through her counsel, respectfully moves this Court to continue the sentencing that is currently scheduled to take place on May 22, 2013 until May 23, 2013 at 2:00 pm.

As grounds in support of this Motion, it is stated:

1. Sentencing in this matter is scheduled to take place on May 22, 2013.

2. Counsel for the defendant is scheduled to be out of State on that day on personal business and will be unable to attend. Counsel has been informed that the Court has time to hear this matter on May 23, 2013 at 2:00 pm.

3. The Government, through Assistant United States Attorney Helen Fitzgibbon, assents in the granting of this motion.

For the foregoing reasons, the defendant respectfully requests that this Honorable Court to continue the sentencing that is currently scheduled on May 22, 2013 until May 23, 2013 at 2:00 pm..

        Respectfully submitted,

        */s/ James H. Moir*
        **JAMES H. MOIR, #1783**
        Moir & Rabinowitz, PLLC
        5 Green Street
        Concord, NH 03301
        (603) 224-3500
        Attorney for Defendant
        Lisa Biron

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

        */s/ James H. Moir*
        **JAMES H. MOIR**