IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 MAY 17 A 10: 15

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 12-CR-00140-PB |
| | ) | |
| LISA BIRON, | ) | |
| | ) | |
| Defendant | ) | |

**ASSENTED TO MOTION TO FILE UNDER SEAL**

NOW COMES the Defendant, Lisa Biron, by and through her counsel, respectfully moves this Court to place defendant's Sentencing Memorandum and attached psychological evaluation of Dr. Thomas Burns under seal.

As grounds in support of this Motion, it is stated:

1. Sentencing in this matter is scheduled to take place on April 22, 2013.

2. Counsel for the defendant is submitting the attached Sentencing memorandum and psychological evaluation prepared by Dr. Thomas Burns in anticipation of sentencing. Pursuant to 18 U.S.C. 3509(d), both documents contain information that can identify the minor victim in this matter and, therefore, should be placed under seal. Additionally, the memorandum and report contain confidential medical information of the defendant that also should be placed under seal.

3. The Government, through Assistant United States Attorney Helen Fitzgibbon, assents in the granting of this motion.

For the foregoing reasons, the defendant respectfully requests that this Honorable Court to place defendant's Sentencing Memorandum and attached psychological evaluation of Dr. Thomas

Burns under seal.

Respectfully submitted,

_____
JAMES H. MOIR, #1783
Moir & Rabinowitz, PLLC
5 Green Street
Concord, NH 03301
(603) 224-3500
Attorney for Defendant
Lisa Biron

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2013, I conventionally filed the foregoing document with the Clerk of the Court and provided a copy to Helen Fitzgibbon of the United States Attorney Office and Melissa Elworthy of the United States Probation Office.

_____
JAMES H. MOIR