IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 12-CR-00140-PB |
| | ) | |
| LISA BIRON, | ) | |
| | ) | |
| Defendant | ) | |

## DEFENDANT'S NOTICE OF APPEAL

Defendant, Lisa Biron, by and through her counsel, respectfully appeals to the First Circuit Court of Appeals her convictions and sentence impose in each case on May 23, 2013.

Respectfully submitted,

Dated May 28, 2013   /s/ James H. Moir
**JAMES H. MOIR, #1783**
Moir & Rabinowitz, PLLC
5 Green Street
Concord, NH 03301
(603) 224-3500
Attorney for Defendant
Lisa Biron

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of

1

such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants and to the defendant by mail.

/s/ James H. Moir
**JAMES H. MOIR**