UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Criminal No. 12-cr-140-01-PB                                                C.C.A.#

2. TITLE OF CASE:   <u>USA v. Lisa Biron</u>

3. NAME OF COUNSEL FOR APPELLANT(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

4. NAME OF COUNSEL FOR APPELLEE(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5. NAME OF JUDGE: Paul Barbadoro, United States District Judge

6. COURT REPORTER(S) & DATES:

   | Sandra Bailey | Jury Trial, Day 1 – 3; January 8-10, 2013 |
   |---|---|
   | Sandra Bailey | Sentencing Hearing, May 23, 2013 |

   TRANSCRIPTS ORDERED / ON FILE          NO

7. HEARING / TRIAL EXHIBITS                     YES

8. COURT-APPOINTED COUNSEL                YES

9. FEE PAID                                                  NO

10. IN FORMA PAUPERIS                             YES

11. MOTIONS PENDING                               NO

12. GUIDELINES CASE                                 NO

13. RELATED CASES ON APPEAL              NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS: