UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.

<u>Lisa Biron</u>

Criminal No. 12-cr-140-01-PB

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

       I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED:   45-48

The Clerk's Office hereby certifies that the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries, and that all non-electronic documents of record will be forwarded with a copy of this Certificate.

The Presentence Investigation Report is also mailed this date under seal.

       IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, May 28, 2013

**JAMES R. STARR, Clerk**

**By: /s/ Vincent Luis Negron, Deputy Clerk**

**May 28, 2013**

cc:      Counsel of Record