UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 APR 13 A 10:09

Lisa Biron,
    Defendant-Petitioner

v.

United States,
    Plaintiff-Respondent

Case No. 12-CR-140-PB

### Motion to Return Property Under Fed. R. Crim. P. 41(g)

Petitioner, Lisa A. Biron, requests this honorable Court order the Government return her property which it seized in connection with this case. The inventory list is attached as exhibit 1.

Respectfully submitted,

4-13-15
Date

*Lisa Biron*
Lisa A. Biron
12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

### Certification

I, Lisa Biron, hereby certify that a copy of this motion was mailed Firstclass, postage paid to John Kacavas, Esq. on this date.

4-13-15
Date

*Lisa Biron*
Lisa Biron