FD-597 (Rev 8-11-94) Page 1 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305C-BS-2533714

*Exhibit 1*

On (date) 11/16/2012

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Lisa Biron

(City) Manchester, NH

Description of Item(s):

1. Sony Handycam Digital8 w/ 4 Hi8 mp
2. PNY 8G Pink and White
3. Kodak easyshare CX730 w/ 256mb memory card
4. PNY Technologies Attache 512m
5. PNY Attache 4G thumbdrive
6. (11) DVD-R, 11-CD-R
7. (1) Cruzer micro 8GB Sandisk
8. Kodak Easyshare C530 Serial KCGEUC3911526
9. (4) DVDs
10. (5) pages of paperwork from planned parenthood at NNE address see trial/Biron
11. (5) DVD-R discs
12. (1) micro advantage 64mB flashdrive
13. (1) cruzer black 4GB flash-drive by Sandisc
14. CD-R labelled Lisa B-day party 8/26/12
15. (1) Pink Motorola cell phone
16. (1) Black 8G Thumbdrive storage device
17. (1) Memorex Pocket CD-R labeled "Philips MP3 Player"
18. 2 Jet Blue Boarding passes Boston-Buffalo
19. (1) Memorex CD-R labeled "lead me to the cross sx"

Received By: _____ (Signature)   Received From: _____ (Signature)

FD-597 (Rev. 8-11-94)    Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305C-BS-2533914

On (date) 11/16/2012

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Lisa Biron
(Street Address) [REDACTED]
(City) Manchester, NH

Description of Item(s):

20. (13) DVD-R
21. (1) Olympus camera
22. (1) Calendar (wolves 2012)
23. (3) DVD-Rs disks 1 CD-R disk
24. (1) Set of medical records for Rachel Biron
25. (=1) CD-R Disks
26. Canon camera + case
27. 3 DVD-R Disks and 1 CD-R disk
28. (16) 3.5 Floppy discs (72) discs (storage media)
29. Toshiba laptop 280803100
30. Motorola Smart phone MSN: KS88NQDB85
31. Compaq Presario Laptop CQ60 Sr. 2CE922B45C
32. (1) Samsung cellphone FCC ID A3LSCHR260 Model-SCH-R260
33. (1) Motorola cellphone w/case
34. Samsung cellphone & charger
35. (1) Motorola cell phone S/N SUG388GDH
36. Apple Ipod Touch and cover 2GB CCQGXX07DNQW
37. HP Laptop
38. Dell Latitude LM laptop computer w/power cord

Received By: _____(Signature)_____    Received From: _____(Signature)_____

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 305C-BS-2533914

On (date) 11/16/2012

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Lisa Biron
(Street Address) [REDACTED]
(City) Manchester, NH

Description of Item(s):
39. VHS tapes (20 quantity)
40. VHS tapes (10 count)
41. Dell computer
42. (1) DVD-R
43. 42 VHS tapes
44. Gray Safe — Got this back mB

Received By: _____ (Signature)

Received From: _____ (Signature)