UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 MAY -4 A 11:10

**OFFICE OF THE CLERK**

Daniel J. Lynch, Clerk of Court
Pamela E. Phelan, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

April 29, 2015

To: Helen Fitzgibbon, AUSA (or Authorized Agent)

From: Vincent Negron, Deputy Clerk

In re: Criminal No. 12-cr-140-01-PB, USA v. Lisa Biron – RETURN OF TRIAL EXHIBITS

Please sign the acknowledgment below and return this letter to the Clerk's Office.

*****************************************************************

RECEIPT OF ALL **TRIAL EXHIBITS** IS HEREBY ACKNOWLEDGED.

Date: May 4, 15   By: Helen White Fitzgibbon

Counsel (or Authorized Agent) for: United States

U S DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JAN 10 2013

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:12-cr-00140-PB |
| | ) | |
| LISA BIRON | ) | |

### AMENDED LIST OF PROPOSED EXHIBITS BY THE UNITED STATES

Below is the United States' list of proposed trial exhibits. The United States reserves the right to amend this list.

| Exhibit No. | Description |
|---|---|
| 1a (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000278" |
| 1b (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000280" |
| 1c (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000281" |
| 1d (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000299" |
| 1e (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000302" |
| 1f (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000304" |
| 1g (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000452" |
| 1h (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC000458" |
| 1i (id) | Photograph Interior of Hotel Room, Peninsula Inn: "DSC00456" (count 5) |
| 2 (id) | Video Interior of Hotel Room, Peninsula Inn: "HDV_0158" |
| 3 (id) | Video "HDV_0159" (count 2) |
| 4 (id) | Video "HDV_0161" (count 3) |
| 5 (id) | Video "HDV_0162" (count 4) |
| 6 (id) | Video "HDV_0175" (count 6) |
| 7a (id) | Photograph of Biron Residence, Exterior |
| 7b (id) | Photograph of Lisa Biron's Living Room |

1

| | |
|---|---|
| 7c (id) | Photograph of Lisa Biron's Living Room |
| 7d (id) | Photograph of Lisa Biron's Bedroom |
| 7e (id) | Photograph of R.B.'s Bedroom |
| 8 (id) | iPhone |
| 9a (id) | Laptop Computer, HP Pavillion, Serial Number CNU0461WOQ |
| 9b (id) | Toshiba Hard Drive, Serial Number 90MTTXS9T |
| 10a (id) | Recorded Telephone Call clips 12/9/12 at 12:48 PM |
| 10b (id) | Recorded Telephone Call clips 12/14/12 at 5:20 PM |
| 10c (id) | Recorded Telephone Call clips 12/15/12 at 11:11 AM |
| 10d (id) | Recorded Telephone Call clips 12/19/12 at 4:47 PM |
| 10e (id) | Recorded Telephone Call clips 12/20/12 at 5:33 PM |
| 10f (id) | Recorded Telephone Call clips 12/21/12 at 12:08 PM |
| 11 (id) | Certified Copy of Birth Certificate of R. B. |
| 12 (id) | Child Sexual Assault Video (count 7) |
| 13a (id) | Curriculum Vitae SA James E. Scripture, Jr. |
| 13b (id) | FBI Official Training Records for SA James E. Scripture, Jr. |

14(a)C
14b C
14c ? 
14(d)
14(e)

January 7, 2013

Respectfully Submitted,

JOHN P. KACAVAS
United States Attorney

By: _____
John P. Kacavas
United States Attorney
New Hampshire Bar #8177
53 Pleasant Street
Concord, NH 03301
(603) 225-1552
john.kacavas@usdoj.gov

2

By: *[signature]*
Helen White Fitzgibbon
Assistant U.S. Attorney
New Hampshire Bar #6833
53 Pleasant Street
Concord, New Hampshire 03301
(603) 225-1552
helen.fitzgibbon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the government's exhibit list was hand delivered this date to James Moir, Esq, 5 Green Street, Concord, NH counsel for defendant Lisa Biron.

*[signature]*
Helen White Fitzgibbon
Assistant U.S. Attorney

3