United States District Court
District of New Hampshire

Lisa A. Biron,
    Defendant-Appellant

V.

United States of America,

Notice of Appeal
12-CR-140-PB

DISTRICT OF NH
FILED
2018 JUL 23 A 11: 32

    Notice is hereby given that Lisa Biron hereby appeals to the United States Court of Appeals for the First Circuit the denial of her Motion for Relief from Judgment Under Rule 60(b) entered on the 18th day of July, 2018.

7/19/18
Date

Lisa Biron (12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

### Certification of Timely Filing

    I hereby swear, under penalty of perjury, that this Notice was mailed U.S. postage prepaid by depositing said Notice in the inmate legal mail system on this date; and that a copy of said Notice was mailed to AUSA Seth Aframe.

7/19/18
Date

Lisa Biron

Lisa Biron # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 553

20 JUL 2018 PM 3 L



⇔12775-049⇔
Clerk Of Court
U.S. District Court
55 Pleasant ST
Room 110
Concord, NH 03301
United States

7·19·18

Legal mail

03301-394135