UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 12-cr-140-01-PB

2. TITLE OF CASE:   USA v. Lisa Biron

3. TYPE OF CASE: Criminal

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Paul Barbadoro

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **July 17, 2018**

8. DATE OF NOTICE OF APPEAL: **July 23, 2018**

9. FEE PAID or IFP : NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   Sandra Bailey, Jury Trial, Day 1 – 3; January 8-10, 2013
    Sandra Bailey, Sentencing Hearing, May 23, 2013

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:   Appellate Case Number: First Circuit Court of Appeals 13-1698, Judgment Affirmed 11/14/2014.

17. SPECIAL COMMENTS: