UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                No. 12-cr-140-01 PB

Lisa Biron

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Vincent Negron, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

    DOCUMENTS NUMBERED: Endorsed Order dated 7/17/2018; 62-66

    The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.

                                 IN TESTIMONY WHEREOF, I hereunto
                                 set my hand and affix the seal
                                 of said Court, at Concord, in
                                 said District, on this day,

                                 **FCPKGN'L0N[ PEJ , Clerk**

                                 **By: /s/ vincentnegron, Deputy Clerk**
                                 **Jul 25, 2018**

cc: Counsel of Record
    Lisa Biron, pro se