UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


United State of America

     v.

Case No. 12-cr-140-01 PB
Appeal No. 18-1705

Lisa Biron


ORDER


The Court finds that the defendant, Lisa Biron, has failed to make a substantial showing of the denial of a constitutional right, and therefore declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); R. Governing Sec. 2255 Proc. 11; First Cir. LR 22.0. SO ORDERED.


/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge


Date: August 10, 2018



cc:  Lisa Biron, pro se
     Seth Aframe, Esq.