```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


   USA                                    12-cr-140-01-PB
                                          Appeal No. 18-1705

      v.

   Lisa Biron

                  CLERK'S SUPPLEMENTAL CERTIFICATE TO
                       CIRCUIT COURT OF APPEALS
```

    I, Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 67, Order denying Certificate of Appealability.

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, August 10, 2018

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Vincent Negron, Deputy Clerk**

**Aug 10, 2018**