UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

No. 12-cr-140-PB
v.                                          Appeal No. 18-1705

Lisa Biron


CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I,Vincent Negron, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: 69 and Endorsed Order dated 11/7/2018

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.


IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day,

FCPKGN'L0N[ PEJ , Clerk

By: /s/ Vincent Negron, Deputy Clerk

Nov 08, 2018