# United States Court of Appeals
## For the First Circuit

No. 18-1945

LISA BIRON,

Petitioner,

v.

UNITED STATES,

Respondent.

Before

Howard, <u>Chief Judge</u>,
Torruella and Kayatta, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: May 2, 2019

Petitioner's request to file a successive habeas petition is denied.  Her request meets neither of the requirements of 28 U.S.C. § 2255(h).[1]

By the Court:

Maria R. Hamilton, Clerk

cc:
Seth R. Aframe
Lisa Biron

---

[1] "The grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari."  28 U.S.C. § 2244(b)(3)(E).